BEFORE THE FIRST DIVISION, JANUARY 26, 1965

No. 69039.—Banner Hardware Jobbing Co. v. United States, protest 61/16934 (New York).

Opinion by NICHOLS, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, JANUARY 26, 1965

No. 69040.—Liebermann Waelchli & Co. N.Y., Inc. v. United States, protests 60/6242, etc. (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of battery-operated egg beaters which contain as an essential feature an electrical element or device and that the issue involved herein (i.e., relative specificity) is the same in all material respects as that involved in *United States* v. *Electrolux Corporation* (46 CCPA 143, C.A.D. 718), the claim of the plaintiff was sustained.

No. 69041.—Ross Products, Inc. v. United States, protests 228506–K, etc. (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of model ships, item No. J–1503, similar in all material respects to those the subject of *Ross Products, Inc.* v. *United States* (52 Cust. Ct. 51, C.D. 2435), the claim of the plaintiff was sustained.